U.S. District Court Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOHN R. RAMSEY, JR., | CIVIL NO. C07-5481KLS |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,466.63, expenses in the sum of $16.14, and costs in the sum of $350 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA 98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: July 11, 2008.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

AGREED ORDER RE EAJA FEES   - Page 1
[C07-5481KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1  Presented by:

2

3  /s/ Jeanette Laffoon
   JEANETTE LAFFOON, WSB #30872
4  Attorney for Plaintiff

5

6  Approved for entry,
   Notice of presentation waived:
7

8  /s/ Richard A. Morris
   RICHARD A. MORRIS, WSBA #33780
9  Special Assistant U.S. Attorney
   Attorney for Defendant
10 *(signed per telephonic agreement)*

11

12                    CERTIFICATE OF ELECTRONIC FILING:

13 This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the
   Court using the CM/ECF system which will send notification of such filing to the following:
14

15 Richard A. Morris
   Special Asst. U.S. Attorney
16 Office of General Counsel
   701 5th Avenue, Suite 2900, MS/901
17 Seattle, WA  98104-7075
   Rick.morris@ssa.gov
18
   Brian C. Kipnis
19 Asst. U.S. Attorney
   Department of Justice
20 U.S. Attorney's Office
   700 Stewart Street, Ste 5220
21 Seattle, WA  98101-1271
   brian.kipnis@usdoj.gov
22

23

24

25

AGREED ORDER RE EAJA FEES    - Page 2         MADDOX & LAFFOON, P.S.
[C07-5481KLS]                                  410-A South Capitol Way
                                               Olympia, WA. 98501
                                               (360) 786-8276

1  I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

2

3     NONE

4  DATED:  July 8, 2008                                /s/ Dawn Krech
                                                          Dawn Krech, Legal Assistant

5                                                            MADDOX & LAFFOON, P.S.
                                                          mcdkrech@comcast.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AGREED ORDER RE EAJA FEES   - Page 3               MADDOX & LAFFOON, P.S.
[C07-5481KLS]                                              410-A South Capitol Way
                                                                                                      Olympia, WA. 98501
                                                                                                      (360) 786-8276